IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIDTFELDT,<br><br>                Plaintiff,<br><br>   vs.<br><br>UNITED STATES, US TREASURY, US ATTORNEY OFFICE, NATURAL RESOURCES US CONVERSATION SERVICE, COMMISSIONER OF INTERNAL REVENUE,<br><br>                Defendants. | 8:15CV60<br><br>ORDER |

IT IS ORDERED that, in the interest of judicial economy, any new cases filed by James Widtfeldt should be assigned to Chief Judge Laurie Smith Camp.

Dated this 6th day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge